No. 54998.—Freedman & Slater, Inc., and Amtorg Trading Corp. *v.* United States, protests 145341–K and 146128–K (New York).

Opinion by COLE, J. In accordance with stipulation of counsel that the merchandise consists of animal hair the same in all material respects as the commodity passed upon in Abstract 54616, the claim of the plaintiffs was sustained.

No. 54999.—M. Kopit Co. *v.* United States, protests 124612–K, etc. (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

No. 55000.—Salentine and Company, Inc. *v.* United States, protest 158751–K (Milwaukee).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the items passed upon in Abstract 54717, therein held dutiable at 15 percent under paragraph 1530 (f), as modified, *supra,* the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 19, 1950

No. 55001.—Latham Watch Co., Inc., et al. *v.* United States, protests 112711–K, etc. (New York).

Opinion by LAWRENCE, J. It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority the items marked "A" were held properly dutiable at the

base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide, and the items marked "B" were held dutiable at $1.20 each as watch movements more than 9/10 of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra*.

**No. 55002.**—Raymond Abraham et al. *v.* United States, protests 114035–K, etc. (New York).

Opinion by LAWRENCE, J. It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority, the items marked "A" were held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide, and the items marked "B" were held dutiable at $1.20 each as watch movements more than 9/10 of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra*.

**No. 55003.**—William E. Emig *v.* United States, protest 163828–K (New York).

Opinion by FORD, J. An examination of the record disclosing that the protest was prematurely filed, the motion to dismiss was granted.

**No. 55004.**—B. Altman & Co. *v.* United States, protests 137681–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

**No. 55005.**—Bergdorf Goodman Co. et al. *v.* United States, protests 138832–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

**No. 55006.**—Fenwick Textiles, Inc., et al. *v.* United States, protests 146147–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, DECEMBER 19, 1950

**No. 55007.**—S. A. Haram & Co., Inc. *v.* United States, protest 159683–K (New York).